**Appeal Dismissed and Memorandum Opinion filed May 14, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00930-CV

---

### CARLA CASILLAS, Appellant

### V.

### ADOLFO GARZA, Appellee

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-26531**

---

### MEMORANDUM OPINION

This is an appeal from what appears to be a final judgment signed by the trial court on December 4, 2023. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On January 25, 2024, this court ordered appellant to pay the appellate filing fee on or before February 5, 2024, or the appeal would be dismissed. Appellant has

not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.